# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA SANFORD** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.:** |
| | * | |
| **WALMART INC.** | * | **JURY TRIAL** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:   **The Honorable Judges
of the United States District Court
for the Middle District of Louisiana**

Defendant, Walmart Inc., files this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, and hereby removes this matter from the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

1.    Plaintiff filed her Petition for Damages on September 14, 2020, against Walmart Inc. (*See* Plaintiff's Petition for Damages, attached hereto and marked for identification as Exhibit "A").

2.    Walmart was served through its agent for service of process, CT Corporation, with a copy of the Citation and Petition on September 28, 2020.  (*See* CT Corporation Service of Process Transmittal Notice and Citation attached hereto *in globo* and marked for identification as Exhibit "B".)

3.    The suit seeks damages from Walmart for personal injuries and damages allegedly sustained by the plaintiff as a result of an incident that occurred at Walmart Supercenter No. 935, located at 905 South Range Avenue, Denham Springs, Louisiana, on August 26, 2019.

4.    Plaintiff's Petition for Damages alleges unspecified injuries as a result of the plaintiff's incident, which have required the plaintiff to seek medical treatment and incur medical expenses.

5.    Paragraph 10 of plaintiff's Petition for Damages alleges that plaintiff's damages exceed $75,000.00, together with legal interest from date of judicial demand.

## I.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.

6.    28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between - (1) citizens of different States."

### A.    THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.

7.    The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000.00, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000.00 or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir.1995)).

8.    Plaintiff's Petition for Damages specifically alleges damages that exceed the amount of $75,000.00, and thus it is facially apparent from the Petition, that the amount in controversy in this case exceeds the jurisdictional threshold for diversity jurisdiction.

9.    While Walmart admits no liability, nor any element of damages, Walmart has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

10.    The basis for removal is that the plaintiff claims that as result of her accident at Walmart, she has sustained injuries, and that her damages are in excess of $75,000.00.

### B.    COMPLETE DIVERSITY

11.    Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas and it is a publicly held company.

12.    Plaintiff is a resident of and domiciled in the Parish of St. Helena, State of Louisiana.

13.    Accordingly, there is complete diversity of citizenship between the plaintiff and the only defendant.

### II.    WALMART HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

14.    This is a civil action over which the United States District Court for the Middle District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, et seq., as the amount in controversy, evidenced by Plaintiff's, complaint, exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all

adverse parties.

15.     Walmart was served with the Petition through its agent for service of process, CT Corporation Systems, on September 28, 2020.

16.     Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. § 1332, which grants federal courts concurrent original jurisdiction over claims where the matter in controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and is between citizens of different States.

17.     The 21st Judicial District Court for the Parish of Livingston, State of Louisiana, is located within the Middle District of Louisiana pursuant to 28 U.S.C. § 98(a).  Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

18.     No previous application has been made by Walmart in this case for the relief requested herein.

19.     Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition is attached hereto as Exhibit "A"; and, a copy of this Notice of Removal is being served upon counsel for plaintiffs, and a copy is being filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

20.     Petitioner, Walmart Inc., desires and is entitled to **trial by jury** of all issues herein.

WHEREFORE, defendant, Walmart Inc., hereby removes this action from the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, to the docket of the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*/s/ Isidro René DeRojas*

**SIDNEY J. HARDY, T.A., Bar No. #1938**
**ISIDRO RENÉ DEROJAS, Bar No. 18182**
**CHRISTOPHER JAMES-LOMAX, Bar No. 37174**
**P. SINNOTT MARTIN, Bar No. 37218**
**McCRANIE, SISTRUNK, ANZELMO,**
**HARDY, McDANIEL & WELCH**
909 Poydras Street, Suite 1000
New Orleans, LA   70112
Telephone:  (504) 831-0946
Facsimile:  (800) 977-88210
rderojas@mcsalaw.com
***Attorneys for Walmart Inc***.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *pleading* has been served upon all counsel of record in this proceeding ☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☐ by United States mail, properly addressed and postage prepaid, on this 14th day of October, 2020.

*/s/ Isidro René DeRojas*

**ISIDRO RENÉ DEROJAS**