**CT Corporation**

**Service of Process Transmittal**
09/28/2020
CT Log Number 538307508

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | Process Served in Louisiana |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sanford Brenda, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 21st Judicial District Court, Parish of Livingston, LA<br>Case # 000000167788 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/26/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/28/2020 at 09:15 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Kyle C. Matthias<br>Tucker Law Firm<br>1130 St. Charles Ave.<br>New Orleans, LA 70130<br>504-584-8812 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/28/2020, Expected Purge Date: 10/03/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / SC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B

## CITATION
## PETITION FOR DAMAGES

SANFORD, BRENDA

Vs.

WALMART INC



Case: 000000167788
Division: A
21st Judicial District Court
Parish of Livingston
State of Louisiana

*To:* WALMART INC THROUGH ITS AGENT OF SERVICE
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816,                           *of EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON SEPTEMBER 15, 2020.**

I made service on the named party through
CT Corporation
SEP 28 2020
by tendering a copy of this document to
☐ Jeannine Beauregard  ☐ Brenna Beauregard
☐ Allison Reed

ABBY SARMIENTO

_____ROBINS_____
Clerk of Court
21st Judicial District
Parish of Livingston

E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana
Deputy Clerk of Court

*Attorney*
KYLE C. MATTHIAS
1130 ST. CHARLES AVE
NEW ORLEANS LA 70130

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____

RECEIVED
SEP 25 2020
E.B.R. SHERIFF'S OFFICE

*Returned:*
Parish of _____  this _____ day of _____, 20____.

Service    $_____
                                                By: _____
Mileage    $_____                                *Deputy Sheriff*

Total      $_____

[ ORIGINAL ]

EXHIBIT B